J-S33027-17

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellee | : | |
| | : | |
| v. | : | |
| | : | |
| RYHEEME ROBERT WOOD | : | |
| | : | |
| Appellant | : | No. 1929 MDA 2016 |

Appeal from the Judgment of Sentence April 6, 2016
In the Court of Common Pleas of Franklin County
Criminal Division at No(s): CP-28-CR-0000994-2015

BEFORE:   BENDER, P.J.E., OTT, J., and STRASSBURGER, J.*

DISSENTING MEMORANDUM BY STRASSBURGER, J.:

**FILED NOVEMBER 21, 2017**

Because I agree with the trial court that Wood forfeited his right to counsel, I respectfully dissent.

*Retired Senior Judge assigned to the Superior Court.